■ In the Matter of JESSIE JONES, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervi-

sion, Respondent. [993 NYS2d 523]— Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Lahtinen, J.P., Garry, Egan Jr., Lynch and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.